# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Josh Enderle<br>3109 Hawk Lane<br>Rolling Meadows, IL 60008<br><br>  Plaintiff,<br><br>v.<br><br>KCA Financial Services, Inc<br>c/o Virginia A Widrick, Registered Agent<br>628 North Street<br>Geneva, IL 60134<br><br>  Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, INVASION OF PRIVACY, AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692 and under the doctrine of Supplemental Jurisdiction pursuant to 28 U.S.C. §1367(a). Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around October 9, 2009, Defendant telephoned Plaintiff's mother Valerie Enderle ("Valerie") and left a voice message.

8. During this communication, Defendant falsely represented that Defendant needed to speak to Valerie about the collection of a debt.

9. On or around October 9, 2009, Valerie telephoned Defendant in response to the above referenced voice message.

10. During this communication, Defendant told Valerie that Defendant had in fact called to reach Plaintiff.

11. During this communication, Valerie notified Defendant that Defendant could not reach Plaintiff at Valerie's residence.

12. Despite Valerie's notice, Defendant telephoned Valerie on or around October 12, 2009.

13. Despite Valerie's notice, Defendant telephoned Valerie on or around October 13, 2009.

14. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

15. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. Defendant violated 15 U.S.C. §1692c in that it communicated with a third party in connection with the collection of a debt without Plaintiff's consent.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to attempt to collect a debt.

## COUNT THREE

### Invasion of Privacy by Public Disclosure of a Private Fact

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant released information which was private to Plaintiff and concerned Plaintiff's private life to Plaintiff's mother.

22. Defendant's disclosure of Plaintiff's debt to this person is highly offensive.

23. The information disclosed is not of legitimate concern to the public.

## JURY DEMAND

24. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

25. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. Judgment, in an amount to be determined at trial, against Defendant for the Invasion of Privacy by Public Disclosure of a Private Fact.

    c. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff