# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Josh Enderle

                        Plaintiff,

v.                                                    Case No.: 1:09−cv−07455
                                                             Honorable John F. Grady

KCA Financial Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 16, 2010:

      MINUTE entry before Honorable John F. Grady: Parties have informed the Court that this case has settled. Therefore, this case is hereby dismissed without prejudice and with leave to reinstate on or before March 16, 2010.Civil case terminated. Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.